# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

DOREEN SMITH, As Administrator )
of the Estate of Kenneth C. Smith, ) CASE NO. 1:13-CV-744
)
       Plaintiff, ) JUDGE SOLOMON OLIVER JR.
)
vs. ) **PLAINTIFF'S PROPOSED**
) **WITNESS LIST**
ROGER JONES, )
)
       Defendant. )

    Plaintiff, through counsel, and pursuant to the Court's June 19, 2015 Trial Order (ECF-30), hereby submits Plaintiff's proposed witness list:

1. Roger Jones – events surrounding his shooting of Kenneth Smith;
2. Robert Mason – officer at scene of shooting;
3. Jonathan Shafer – officer at scene of shooting;
4. Vu Nguyen – officer at scene of shooting;
5. Kayla Hodge – witness who saw the shooting;
6. Alexis McCray – witness who saw the shooting;
7. Robert Pirinelli – detective at scene after shooting, evidence collection;
8. Timothy Entenok – detective at scene after shooting; compiled investigative report;
9. Ronald Timm – lieutenant at scene after shooting;
10. James Raynard – detective at scene after shooting, evidence collection;
11. Alex Baran – investigator at scene after shooting from Cuyahoga County Medical Examiner's Office, heard Jones' version of the event at the scene;

1

12. David Balash – Plaintiff's expert witness on crime scene investigation, ballistics, and bullet ejection pattern;

13. Curtis Jones – trace evidence expert at Cuyahoga County Medical Examiner's Office;

14. Carey Baucher – DNA analyst at Cuyahoga County Medical Examiner's Office;

15. Joseph Felo, M.D. – supervised autopsy of Kenneth Smith, including cause of death, injuries and bullet trajectory;

16. Melvin Tucker – Plaintiff's police practices expert;

17. Brian Shafton – Damages (record deal for Kenneth Smith album);

18. Martez Little – Damages (worked with Kenneth Smith on music recordings);

19. Lashawn James – Damages (close friend to Shauna Smith, watched Kenneth Smith grow up); and

20. Shauna Smith – Damages (mother of Kenneth Smith).

Plaintiff reserves the right to call any witness on Defendant's witness list, and to supplement, amend, or correct this witness list to call additional witnesses for impeachment or rebuttal as permitted by the Court.

Respectfully submitted,

FRIEDMAN & GILBERT

/s/ Terry H. Gilbert
TERRY H. GILBERT (0021948)
JACQUELINE GREENE (0092733)
55 Public Square, Suite 1055
Cleveland, OH 44113-1901
Tel:   (216) 241-1430
Fax:   (216) 621-0427
Email: tgilbert@f-glaw.com
       jgreene@f-glaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 24, 2015 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      /s/Terry H. Gilbert
                                      TERRY H. GILBERT (0021948)
                                      One of the Attorneys for Plaintiff